# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA,**
　　　　**Plaintiff,**

　　vs.　　　　　　　　　　　　　　　　　　　　　　Case Number:   **07-3165**

**RICKY A. SCHOENEWEIS,**
　　　　**Defendant.**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XXX  DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　　**IT IS ORDERED AND ADJUDGED** pursuant to Opinion and Order of Judge Jeanne E. Scott. Judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of $6,742.44 (comprising of $3,277.57 in principal, $3,114.87 in accumulated interest to May 21, 2007, and $350.00 in court costs), together with additional interest at the rate of 8% from May 21, 2007, until the date of this Judgment (i.e., $0.72 per day), the Marshal's costs, and future costs and interest from the date of Judgment at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full.--------------------

　　　　　　　　　　　　　　　　　ENTER this 28th day of November, 2007

　　　　　　　　　　　　　　　　　　　s/ John M. Waters
　　　　　　　　　　　　　　　　　JOHN M. WATERS, CLERK

　　　　　　　　　　　　　　　　　　　s/D. Meadows
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BY:  DEPUTY CLERK